UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JENNIFER D. LIGHT,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>        Defendant. | No. CV-08-107-CI<br><br>ORDER GRANTING STIPULATED<br>MOTION FOR REMAND PURSUANT<br>TO SENTENCE FOUR OF 42<br>U.S.C. 405(g) |

BEFORE THE COURT is the parties' Stipulated Motion for Remand of the above-captioned matter to the Commissioner for additional administrative proceedings. (Ct. Rec. 20.) The parties have consented to proceed before a magistrate judge. (Ct. Rec. 7.) After considering the stipulation of the parties,

**IT IS ORDERED:**

1. The parties' Stipulated Motion for Remand **(Ct. Rec. 20)** is **GRANTED**. The above-captioned case shall be **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, the administrative law judge (ALJ) will give further consideration to all treating and examining source opinions, including those of James E. Bailey, Ph.D., and all non-examining source opinions, including those of John McRae, Ph.D. The ALJ will

ORDER GRANTING STIPULATED MOTION FOR REMAND - 1

explain the weight given to each medical opinion, clearly articulating the reasons for such weight and correlating those reasons to the evidence of record. As appropriate, the ALJ may request that the treating and examining sources provide additional evidence and/or further clarification of their opinions about what Plaintiff can still do despite her impairments. The ALJ will also further consider the severity of all of Plaintiff's impairments, and give reasons for each finding at step two.

The ALJ will also evaluate Plaintiff's obesity in accordance with Social Security Ruling 02-01p; determine the effect of Plaintiff's obesity, if any, on the severity of Plaintiff's impairments and limitations; and give appropriate rationale and findings regarding any limitations assessed in Plaintiff's residual functional capacity due to her obesity. The ALJ will also re-assess Plaintiff's residual functional capacity during the entire period at issue, giving appropriate rationale with specific references to evidence of record in support of any assessed limitations.

The assessment of Plaintiff's residual functional capacity should provide a function-by-function assessment of Plaintiff's ability to do work-related physical and mental activities, consistent with 20 C.F.R. § 416.945. The assessment of Plaintiff's residual functional capacity should also articulate work-related limitations that are consistent with any impairment found to be severe.

2.   Judgment shall be entered for the **PLAINTIFF**.

3.   An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order,

ORDER GRANTING STIPULATED MOTION FOR REMAND - 2

1  forward copies to counsel, and thereafter shall close this file.
2     DATED October 27, 2008.
3
4                    S/ CYNTHIA IMBROGNO
              UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATED MOTION FOR REMAND - 3